## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**F I L E D**

SEP 1 0 2012

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Ali SheiKhani as Nominee
for Amina SheiKhani,

**Plaintiff(s),**

vs.

WEIIs Fargo BanK

**Defendant(s).**

Case No.

1:12-cv-07197
Judge Joan B. Gottschall
Magistrate Judge Nan R. Nolan

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is Ali SheiKhani as nominee for Amina sheiKhani.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, _WElls fargo Bank_____, is
    (name, badge number if known)

    ☐ an officer or official employed by _____;
    (department or agency of government)

    _____ or

    ☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.***

5.  The municipality, township or county under whose authority defendant officer or official

    acted is _Will County_____. As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _9-9-2009_____, at approximately _10_____ ☒ a.m. ☐ p.m.
    (month,day, year)
    plaintiff was present in the municipality (or unincorporated area) of _____

    _____ , in the County of _Will County_,

    State of Illinois, at _1236 Hollingswood Avenue, Naperville, IL 60564,_
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows ***(Place X in each box that
    applies)***:

    ☐   arrested or seized plaintiff without probable cause to believe that plaintiff had
        committed, was committing or was about to commit a crime;
    ☐   searched plaintiff or his property without a warrant and without reasonable cause;
    ☐   used excessive force upon plaintiff;
    ☐   failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
        one or more other defendants;
    ☐   failed to provide plaintiff with needed medical care;
    ☐   conspired together to violate one or more of plaintiff's civil rights;
    ☒   Other:
        _fair Debt Collection act_____
        _Quiet Title_____

2

_____.

7.    Defendant officer or official acted pursuant to a custom or policy of defendant

municipality,  county or township, which custom or policy is the following: (**_Leave blank_**

**_if no custom or policy is alleged_**):_____

_____

_____

_____.

8.    Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

_____

9.    (**_Place an X in the box that applies.  If none applies, you may describe the criminal_**
      **_proceedings under "Other"_**)  The criminal proceedings

      ☐  are still pending.

      ☐  were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

      ☐  Plaintiff was found guilty of one or more charges because defendant deprived me of a

      fair trial as follows_____

      _____.

      ☐  Other: _____.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a _nolle prosequi_ order.

10.      Plaintiff further alleges as follows: (***Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.***)

( *SEE AHached A*

*Sheet Exhibit* )

11.      Defendant acted knowingly, intentionally, willfully and maliciously.

12.      As a result of defendant's conduct, plaintiff was injured as follows:

*Actual and punitive damages on account of the defendants massive disorganized Conduct And open disregard for the law plaintiff SEEK. One-million-dollars AlSO Seek injunctive relief*

13.      Plaintiff asks that the case be tried by a jury.    ☐ Yes       ☒ No

14.    Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.


**WHEREFORE,** plaintiff asks for the following relief:

A.    Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.    ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.    Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: X _____

Plaintiff's name *(print clearly or type)*: Ali SheiKhani as nominee for Amina SheiKhani

Plaintiff's mailing address: 1236 Hollingswood Avenue

City Naperville          State IL     ZIP 60564

Plaintiff's telephone number: (    ) _____.

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

_____

15.    Plaintiff has previously filed a case in this district.  ☐ Yes ☒ No

*If yes, please list the cases below.*


*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff.  An additional signature page may be added.*

5



pri **84**
**5756384**

sec **63**



## ASSIGNMENT OF MORTGAGE AND PROMISSORY NOTE

FOR VALUE RECEIVED, NATIONAL CITY BANK an Ohio Corporation, 3232 Newmark Drive, Miamisburg, Oh. 45342 (NCB) hereby sells, transfers, sets over, and assigns to:

WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE RMAC REMIC TRUST
SERIES 2009-9 located at: 751 Kasota Avenue, SE, Minneapolis, MN 55414

NCB's entire right, title, and interest in and to the following described mortgage (the Mortgage) and promissory note (the Promissory Note) which are dated __11/6/2000__. and are in the original principal amount of $. __273,750.00.__ The Mortgage is described and identified by the following name(s) of the mortgagor(s), the date of recording, instrument number, and/or book number as recorded in __WILL__ County, __IL__. SEE ATTACHED LEGAL DESCRIPTION EXHIBIT A

| MORTGAGOR(S) | INSTRUMENT NUMBER | BOOK & PAGE |
|---|---|---|
| AMINA SHEIKHANI | R2001007953 | |

IN TESTIMONY WHEREOF, said NATIONAL CITY BANK, has hereunto set its hands this date, September 9, 2009.

WITNESS:

_____

_____

NATIONAL CITY BANK
BY:
_____
Name MICHELE FISHER
LOAN REVIEW ADMINISTRATOR

On this date, September 9, 2009. before me, the undersigned, a Notary Public in and for said County and State, personally appeared MICHELE FISHER, the LOAN REVIEW ADMINISTRATOR for an on behalf of NATIONAL CITY BANK., and duly authorized to do so acknowledged the execution of the foregoing Assignment of Mortgage and Promissory Note as its voluntary act and deed for the uses and purposes therein contained.

KRISTINE N BROWN
Notary Public
My Commission Expires: 03/17/2012
My County of Residence: WARREN

This Instrument Prepared by:         NATIONAL CITY BANK
Return To: National City Bank



2

On or about September 9, 2009, an assignment of mortgage and promissory note was executed between National Bank and Wells Fargo. This assignment appeared to transfer ownership from National City Bank to Wells Fargo Bank. Property located at 1236 Hollingswood Ave. Naperville, IL. 60564, Pin number 01112060060000 Plaintiff Ali Sheikhani as nominee for Amina Sheikhani allege that the assignment is improper and that there is a fatal defect in the assignment which makes it a nullity, void and invalid. Henceforth, Plaintiff further allege that the fatal defect in the assignment cannot be cured or corrected thus, as a result Defendants' do not and never had legal title and hence the collection of funds from Plaintiff on a debt by someone who never had the legal rights to collect on a debt is a violation of the fair debt collection act. Further a declaratory judgment determination via quiet tile action will afford Plaintiff his due process rights and equal protection of the law under the US. Constitution of America..

Further Plaintiff allege that Michelle Fisher who signed the assignment document No. R2001007953 was a Robo Signer which further invalidates the assignment. Plaintiff further allege that his note and mortgage was separated and under Illinois Law. Plaintiff alleges that a mortgage without the underlying debt is a nullity and therefore unenforceable unless note in question has been lost or destroyed or the original contracting parties intended the mortgage to be independently enforceable.

**VIOLATION OF 15 USC 1692 Fair Debt Collection Practices Act.**

The Defendant violated the FDCPA by making various false representations in its attempt to collect on the loan. The FDCPA, definition of a debt collection does not include a mortgage servicer or an assignee of the debt where the debt was not defective at the time it was obtained by a servicing company; 15 USC 1692 (A)6(F). Further Plaintiff alleges that a foreclosure on a property based on a mortgage note does not constitute collection of a debt within the meaning of the FDCPA. Plaintiff alleges that the statutes definition of a debt collector does not include an entity attempting to collect a debt that was not in default when the debt was obtained by that entity. Plaintiff alleges that there are demands of payments and also a threat to collect a debt that they had no right to collect on was unlawful.

**VIOLATION OF ILLINOIS BUSINESS PROFESSIONAL CODE**

Plaintiff alleges that defendant has engaged in unfair, unlawful and fraudulent business practices by executing misleading documents, executing without proper authority to do so, and demanding payments for non-existing debts, among other things.

**NEGLIGENCE:**

Plaintiff alleges that Wells Fargo was negligent because they demanded mortgage payments when they did not have the right to enforce that obligation. This allegedly caused Plaintiff to pay funds to someone who did not have the legal right to receive the funds. As a result of the reckless negligence, utter carelessness, and blatant fraud of the defendant, Plaintiff's chain of title has been rendered unmarketable and fatally defective. Plaintiff alleges that the defendant did not have the legal authority to demand payments from Plaintiff because of the assignments invalidity. If Wells Fargo was not a

lender legally authorized to collect payments from Plaintiff, the general shielding actual lenders from liability would not apply.

Plaintiff contends that there is an actual controversy surrounding the true and correct owner of their property and until this ownership interest is determined defendant Wells Fargo is not entitled to receive any proceeds from Plaintiff in connection with the mortgage on their property because it would be unjust enrichment for defendants to enrich themselves as a result of improperly signed and transferred property. Plaintiff request that this honorable court enter a quiet judgment determining that they are the owner of the property and the defendant has no rights, titles, estate lien or interest in the property. Plaintiff further requests declaratory and injunctive relief and also they seek a judicial determination of his rights and duties as to the note and mortgage, and any other claims of debt or other legal claims to be restrained from proceeding during the pendency of this action.